United States District Court

Northern District of California

SHANNON O. MURPHY,

    Plaintiff,

  vs.

DEPARTMENT OF VETERANS AFFAIRS,

    Defendant

Case No.: C11- 06267-YGR

**ORDER OF DISMISSAL**

On December 13, 2011, Plaintiff filed a complaint and an application to proceed *in forma pauperis*. On December 19, 2011, Plaintiff's complaint was dismissed for failure to state a claim upon which relief may be granted. Plaintiff was granted leave to file an amended complaint by January 6, 2012. No amended complaint was filed by the deadline. Accordingly, this action is dismissed pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED**

Dated: January 20, 2012

_____
YVONNE GONZALEZ ROGERS
United States District Judge